TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

--------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: Certificate of Service
DATE: 03/07/2023 06:00:56 PM

-

## CERTIFICATE OF SERVICE

   I, Plaintiff, Terrence Renard Russell, pro se, hereby Certify that a Erue and Correct Copy of this motion for FTCA Claims pursuant to 28 USC 1346(b) has been mailed to the following address(es) listed below by way of United States Mail, Postage Pre-paid, this __08__ day of __March, 2023__

Served Upon:

U.S. District Court of S. Carolina
901 Richland St
Clerk's Office
Columbia, S.C. 29201

Respectfully Submitted,

_Pro se_

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

------------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: FTCA
DATE: 03/07/2023 06:31:39 PM

-

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Terrence Renard Russell, pro se,
Appellant

v.

Complex Warden, and FCI Edgefield
Defendants

ADMINISTRATIVE TORT CLAIM  #TRT-SER-2022-0261

Comes now Plaintiff Terrence Renard Russell, pro se, requesting permission to file a motion pursuant to 28 USCS 1346(b) Federal Tort Claims Act seeking to recover on the claim of negligence in the initial amount of $50,000 but now seeks whatever the Court deems necessary in and additional sum based upon new information and existing worsening health problems that could've been avoided with proper post rehabilitee care.

Also 18 USC 4042 that BOP will "provide suitable quarters and provide for the safekeeping, care and subsistence of all persons charged with or convicted of offenses against the United States"

To recover on a negligence claim plaintiff must show:

1. Defendant owes duty of care to the plaintiff

2. Defendant breached duty by a negligent act of omission

3. Defendant's breach was the actual and proximate cause of the plaintiff's injury

4. Plaintiff suffered an injury or damages.

 Sabb v. S.C. State Univ., 350 S.C. (S.C. 2002)

A breach of duty exists when it is foreseeable that one's conduct may likely injure the person to whom the duty is owed. Home v. Beason 285 S.C. 518, 331 S.E. 2d 342, 344 (S.C. 1985) "The damages sustained must be shown to have been proximately caused , i.e. casually connected, to the breach of duty in order to warrant a recovery." Id.

Plaintiff has satisfied the required exhausted administrative remedy process by seeking compensation through filing an Administrative Tort Claim in accordance to 28 USC 2675(a). The following list the Admin remedy history w/ supporting documents available in attachments:

1. Initial Filing

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

------------------------------------------------------------------------------------------------

2. Denial

3. Request for Reconsideration

4. Denied/Refuse to hear

Plaintiff now submits present motion within 6 month period of Response to Request For Reconsideration by Administration required to the Court under 28 USC 2401(b).

TRULINCS  42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

--------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: FTCA Brief
DATE: 03/07/2023 06:33:42 PM

The following pages are requested to be used as the brief for this motion that includes a detailed chronological order of events describing persistence in seeking medical treatment for his Plaintiffs ailment. It show that for two months Plaintiff suffered extensively from an infection that eventually caused permanent damage to vertebrae in his lower back and neck area of the spine. The ultimate show of negligence by the Medical Dept. at Edgefield FCI culminates in the failure to review MRI results available for almost two weeks that when finally reviewed at the initiation of Plaintiff he was rushed out to an outside hospital as a result of findings in the MRI on October 08, 2020. Irreversible damage to four vertebrae (L1,L2, C1,C2) in plaintiffs spine occurred as a result of the infection present for this length of time and may have not progressed if negligence in reviewing MRI results in a timely manner as is due with proper medical attention conduct that is owed. Especially since Medical Dept. was aware of Plaintiffs suffering in prior medical visits and attention received since August 03, 2020.

Brief entitled "Basis of Claim" is accompanied by documents labeled as "Attachments" supporting each entry. Basis of Claim also includes inconsistencies in dealing with administered care which also brings proof to negligence in conduct and care. If reports by staff remained consistent and true to facts omission of care and negligence could have been avoided. Proper care could have been administered in accordance with diagnosis consistent with timeline of complaints and progression of infection that resulted in vertebrae damage.

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

--------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: CLAIM FOR DAMAGE, INJURY, OR DEATH

8. BASIS OF CLAIM

Below is a detailed time line of events that support Basis of Claim for lack of medical treatment that resulted in permanent damage to areas of my spine that include lower back and neck. Specifically the negligence in reviewing MRI results in a timely manner that could have avoided extensive and permanent damage had treatment been given at earliest possible time. Circumstances and neglect to properly adhere to medical conditions, where as an 8th Amendment Right (Right to be free from cruel and unusual punishment- i.e. denying medical attention) and Prisoner's right to receive adequate medical attention in a timely matter, were violated when information was available to asses and get treatment. Results were received by the Medical Dept. of MRI exam on 9/29/20. I was rushed to the hospital after review of the results on 10/08/2020 allowing infection which caused complaints for 2 months beginning 8/03/20 to further damage areas in spine of L1-L2 (lower back) and C1-C2 (Neck). Proper attention could have avoided damage to listed areas.

*Note: I personally initiated review of MRI results by arriving at Medical Dept. on 10/08/20 as a result of pain and discomfort. If not for that occurrence, delay in treatment would have taken longer to receive.

On 8/03/20 I went to the Medical Dept. experiencing pain that I associated with Kidney Stones. The following day I was sent to the Emergency room at Aiken Hospital for test which revealed no noticeable stones but did revel a Urinary Tract Infection (UTI) among other preexisting conditions. I was treated with Antibiotics and sent back to the Institution with referrals to see a Oncologist. No further extended Antibiotic treatment was rendered back at the Institution.

8/12/20 - With no relief of discomfort and pain I sent a written request to medical stating that the pain had reached my neck and that I was unable to move my neck for the previous 3 days with the pain increasing. (See Inmate Request to Staff, Attachment 1)

8/21/20 - I attended sick call in association with existing back and neck pain. I also reminded them of the neck brace that FNP O.Taiwo stated would be provided for me and that the pain was so great I was unable to lie down in bed. (See BOP Clinical Encounter pg.1 of 3. Attachment 2)

8/24/20 - After several verbal request with Medical Staff (we were on COVID lockdown so morning rounds were made in units) I sent a written request complaining of ongoing pain and discomfort in my neck and back and reminding them of the neck supporter that was supposed to be provided. (see Inmate Request to Staff, Attachment 3)
In Clinical Encounter Records for that days visit to medical it was noted "Advised do not provide neck braces or back braces" to me. (BOP Clinical Encounter: Under "Other" pg. 3 of 3. Attachment 4)

8/31/20 - Follow-up at Sick Call with complaints of back pain. (ibid Pg. 2 of 2. Attachment 5)

9/01/20 - BOP Health Services notation after listings of result of X-ray results showing irregularity in L1-L2 of Spine possibly due to Discitis osteomyelitis the false claim was made that "Inmate with multiple health issues was seen on 8/31/20, he reported that he never had any back pain before..." when it is evident previous reports that several complaints was made about back pain. Medical Provider FNP-C Olusegun Taiwo (See Attachment 6)\

9/17/20 - Request sent via Electronic Email for status of scheduled MRI. (See Attachment 7)

9/22/20 - After a month and a half since onset of sickness which by now had confined me to a wheelchair I was sent to an outside hospital for an MRI. MRI exam completed same day with and without contrast. (See Attachment 8)

9/23/20 - i was sent to outside hospital with paperwork from Institution Medical Dept. stating to have my gall bladder removed with out any prior consultation. It was determined by the scheduled surgeon that my gall bladder did not need to be removed and that my present ailments was not related to anything dealing with my gall bladder. This further illustrates negligence in proper health care. (See BOP Health Services Clinical Encounter, dated 9/23/20 12:33pm.) (Attachment 9)

9/29/20 at 3:46pm Results of MRI sent and received by medical (labeled No.5089 pg.9) showing findings of Spondylodiscitis. Although findings results were available at Medical Dept.. it wouldn't until 10/08, nearly two weeks later, that I would be rushed out to the hospital as a result of me taking it upon myself to report to Medical Dept. as a result of not being able to raise

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

-----------------------------------------------------------------------------------------------------

my head with out severe pain.
    *Note: On this day at 8:55pm an Electronic Request via email was sent to FNP O.Taiwo/ FNP Battle requesting to review results of MRI taken on 9/21(22). I was unaware that results had been received that day.

10/03/20 - Via Electronic email a plea for assistance to address medical attention for existing condition explained in detail was sent to present A.W. (Wilson). Included in the email was the mention of having an MRI done and not being seen for diagnosis by Medical Dept. in excess of a week. (See Attachment 11).

10/08/20 - As a result of increasing pain and not being able to lift my head in an upward motion due to stiffness and severe pain I reported to the Medical Dept. While being first attended to by RN Charles Thomas I mentioned to him that I was awaiting review of results of the MRI taken two weeks prior. I was then seen by DNP/CNP Tanya Burks who determined, as a result of reviewing my MRI results in my presence that I had to be immediately transported to the outside hospital for further care/treatment.
    *These results were in the possession of the Medical Dept. for almost two (2) weeks. (See Patient Report notated No. 5089 pg.9 with signature and date of administering staff T. Burks DNP, APRN, CNP 10/08/2020, Attachment 12)
        ( See also BOP Health Services Clinical Encounter which records T. Burks CNP detailed evaluation for Oct. 08, 2020.
Comments include "Inmate Russell seen today for complaints of worsening pain... States since August pain has traveled from lower back to neck... Today has stiffness and pain... Numbness in left hip... Using wheelchair right now due to pain in his back." Attachment 13; "Due to findings on MRI... will transfer to local hospital". Attachment 14)

- Hospital Consultation Report dated 10/14/2020 09:27 EDT, Pg.4 of 5, has a recommendation for a "C-Collar to be worn..." This was refused earlier by Medical Staff O. Taiwo FNP in comment in earlier Conical Encounter after one was said would be provided a two months earlier. (See Attachment 15)

10/23/20 - As a result of having the infection untreated for so long an 8 week course of IV Antibiotics was administered.
( See BOP Health Services Clinical Encounter "Administrative Note", Attachment 15)

12/02/2020 - Discharged from Medical Center concluding treatment of MSSA Osteomyelitis of spine C1-C2 vertebrae (neck) and L1-L2 vertebrae (lower back) with notation of likely needing surgery for C-Spine (neck) stabilization. Also must wear neck collar (soft when lying down and a hard collar when up) until eval by Neurosurgeon. ( See Attachments 16 & 17).

*Evaluation from Neurosurgeon didn't occur until April of 2021 and results revealed in May which allowed me to remove collar's. I was told that although I wouldn't need stabilization surgery permanent damage did occur in aforementioned areas of the spine as a result of the infection.

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

--------------------------------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: Attachments
DATE: 03/08/2023 05:40:43 PM

ATTACHMENTS

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical | DATE: 8/12/20 |
|---|---|
| FROM: Terrence Russell | REGISTER NO.: 42453-083 |
| WORK ASSIGNMENT: Unicor 1 | UNIT: B-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I was previously seen for Back Pain last week. Now
I haven't been able to move my neck for 3 days and
pain in my neck is increasing.

I have been taking Tylenol about 3x(5) a day and using
muscle rub.

I've just bringing this to attention in case it may be related
to the prior problems I've been experiencing and would
like to be seen.

Thank You,
TR 42453-0

(Do not write below this line)

DISPOSITION:




| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                 This form replaces BP-148.070 dated Oct 86
                                                     and BP-S148.070 APR 94

♺ Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF**  CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Medical / Taiwo FNP | 8/24/20 |
| FROM: Terrence Russell | REGISTER NO.: 42453-083 |
| WORK ASSIGNMENT: Unicor 1 | UNIT: B-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am still experiencing pain and discomfort in my neck since you spoke to me on Thurs August 10th. The pain has moved to also affect the middle right side of my back. It is not as extensive as at the beginning but still pretty bad.
You said you would bring me a supporter for my neck but never returned and you left no instructions for it to be done before you took off for the entire week following.
Can I please have some kind of support for my neck and also my back so that I can navigate a little easier during daily routines until it is determined what is causing this pain to travel through out my body. * Please see Attached.

(Do not write below this line)

DISPOSITION:




| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate       This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: RUSSELL, TERRENCE RENARD | | Reg #: | 42453-083 |
| Date of Birth: 07/12/1970 | Sex: M   Race: BLACK | Facility: | EDG |
| Encounter Date: 08/21/2020 20:55 | Provider: Walton-Battle, P. DNP | Unit: | B05 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1         Provider: Walton-Battle, P. DNP APRN FNP-C

Chief Complaint: Pain

Subjective: Inmate came to medical c/o pain. " I was suppose to get a neck brace a week ago, I cannot even sleep in my bed.

Inmate screened for COVID-19 symptoms. Inmate denies cough, SOB, muscle pain, fatigue, sore throat, HA, N/V/D, congestion, new loss of taste and smell, and/or chills.

COVID-19 negative

inmate is currently pending appt with Oncology

taking Tylenol for pain. inmate states still has Tylenol.

Pain:                 Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/21/2020 20:58 |
| Location: | Other |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | warm towel |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | when lying down |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/21/2020 | 20:54 EDG | 97.0 | 36.1 | | Walton-Battle, P. DNP APRN FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/21/2020 | 20:54 EDG | 96 | | | Walton-Battle, P. DNP APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/21/2020 | 20:54 EDG | 16 | Walton-Battle, P. DNP APRN FNP-C |

| Inmate Name: | RUSSELL, TERRENCE RENARD | | | | | Reg #: | 42453-083 |
| Date of Birth: | 07/12/1970 | Sex: | M | Race: | BLACK | Facility: | EDG |
| Encounter Date: | 08/21/2020 20:55 | Provider: | Walton-Battle, P. DNP | | | Unit: | B05 |

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 08/24/2020 00:00 | MLP 01 |

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

**Other:**

pending neck x-rays

Advised provider to follow-up with inmate.

Advised do not provide neck braces or back braces.

take Tylenol as prescribed.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/21/2020 | Counseling | Access to Care | Walton-Battle, P. | Verbalizes Understanding |
| 08/21/2020 | Counseling | Compliance - Treatment | Walton-Battle, P. | Verbalizes Understanding |
| 08/21/2020 | Counseling | Plan of Care | Walton-Battle, P. | Verbalizes Understanding |
| 08/21/2020 | Counseling | Preventive Health | Walton-Battle, P. | Verbalizes Understanding |
| 08/21/2020 | Counseling | Hand & Respiratory Hygiene | Walton-Battle, P. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Walton-Battle, P. DNP APRN FNP-C on 08/21/2020 21:04

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Inmate Name: RUSSELL, TERRENCE RENARD
Date of Birth: 07/12/1970
Encounter Date: 08/31/2020 17:24

Sex: M  Race: BLACK
Provider: Taiwo, Olusegun FNP-C

Reg #: 42453-083
Facility: EDG
Unit: B05

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/31/2020 | 17:30 EDG | 128/77 | | | | Taiwo, Olusegun FNP-C |

**Exam:**

**Musculoskeletal**

**Spine-Lumbar**

Yes: Tenderness, Decreased Range of Passive Motion

**ASSESSMENT:**

Low back pain, M545 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 08/31/2020 17:24 |

**Prescriber Order:**    650 mg Orally - three times a day x 7 day(s)

Indication:  Low back pain

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Lumbar-General | One Time | | 08/31/2020 | Today |

Specific reason(s) for request (Complaints and findings):

Inmate was seen today with new complaints of back pain. The back pain started about three days ago. He rated the pain worse early in he morning but better during the day. He denied history of arthritis.
Will schedule inmate for the x-ray of the lower back.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/31/2020 | Counseling | Plan of Care | Taiwo, Olusegun | Attentive |

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Taiwo, Olusegun FNP-C on 08/31/2020 17:44

Sensitive but Unclassified

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUSSELL, TERRENCE RENARD | | | Reg #: | 42453-083 |
| Date of Birth: | 07/12/1970 | Sex: | M    Race: BLACK | Facility: | EDG |
| Note Date: | 09/01/2020 13:24 | Provider: | Taiwo, Olusegun FNP-C | Unit: | B05 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Taiwo, Olusegun FNP-C

Review of inmate lower back  x-ray result completed on 8/31/20.
Impression: No radiological evidence for acute compression fracture or malalignment.
Endplate irregularity at the superior L2 level with moderate space narrowing at L1-L2.
Finding are most likely degenerative and chronic in nature. However, discitis osteomyelitis cannot be
excluded. If there is persistence clinical concern, MRI is recommended

Inmate with multiple heath issues was seen on 8/31/20, he reported that he never had any back pain before.
He came to be seen when the pain was unbearable.

Will schedule inmate for MRI of lower back to rule out discitis osteomyelitis.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 09/02/2020 00:00 | Routine |
| Lab Tests-E-ESR | | | |
| Lab Tests - Short List-General-C-Reactive | | | |
| Protein (CRP) | | | |

Labs requested to be reviewed by:          Lopez, H. MD/SER MAST PHYSICIAN

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Taiwo, Olusegun FNP-C on 09/01/2020 13:32

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

--------------------------------------------------------------------------------

FROM: 42453083 RUSSELL, TERRENCE RENARD
TO: Health Service Admin
SUBJECT: ***Request to Staff*** RUSSELL, TERRENCE, Reg# 42453083, EDG-B-C
DATE: 09/17/2020 09:02 AM

To: Taiwo FNP
Inmate Work Assignment: Unicor 3

I'm supposed to be put in for an MRI for this present condition I've been battling since Aug 2. You informed me because of it's urgency you would speed up the process but I have'nt seen anything on the computer consultation site that I've been put in. Please remember to submit it asap as the pain and discomfort is worsening.

Thank You.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: RUSSELL, TERRENCE RENARD | | | Reg #: | 42453-083 |
| Date of Birth: 07/12/1970 | Sex: M Race: BLACK | | Facility: | EDG |
| Encounter Date: 09/23/2020 12:33 | Provider: Thomas, Charles RN | | Unit: | B05 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1       Provider: Thomas, Charles RN

Chief Complaint:   No Complaint(s)

Subjective:   50 yoBM Returned from med trip today 9/23/2020. Escort states the paperwork stated the I/m was going to have his gallbladder removed but no surgery was done today. Instead, labs and Abdominal U/S done today with no returning paperwork.

Pain:   Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/23/2020 | 12:55 EDG | 99.3 | 37.4 | | Thomas, Charles RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/23/2020 | 12:55 EDG | 95 | | | Thomas, Charles RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/23/2020 | 12:55 EDG | 16 | Thomas, Charles RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/23/2020 | 12:55 EDG | 113/73 | | | | Thomas, Charles RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/23/2020 | 12:55 EDG | 98 | | Thomas, Charles RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed

**Exam Comments**

VSS & WNL, NAD. Patient is in a wheelchair but states he was able to walk yesterday. He was talking without obvious discomfort or difficulty.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Disposition:**

To be Evaluated by Provider

Generated 09/23/2020 12:58 by Thomas, Charles RN       Bureau of Prisons - EDG       Page 1 of 2

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

--------------------------------------------------------------------------------

FROM: 42453083 RUSSELL, TERRENCE RENARD
TO: Health Service Admin
SUBJECT: ***Request to Staff*** RUSSELL, TERRENCE, Reg# 42453083, EDG-B-C
DATE: 09/29/2020 08:55 PM

To: Taiwo FNP/ Battle FNP
Inmate Work Assignment: Unicor 3

On Tuesday Sept. 21 I went out for an MRI. I would like to be seen to go over the results of the MRI.

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

-----------------------------------------------------------------------------------------------

FROM: 42453083 RUSSELL, TERRENCE RENARD
TO: AW (O)
SUBJECT: ***Request to Staff*** RUSSELL, TERRENCE, Reg# 42453083, EDG-B-C
DATE: 10/03/2020 09:30 AM

To: AW Wilson
Inmate Work Assignment: Unicor 3

On Aug 3 I went to the Medical Dept experiencing pain that I associated with Kidney stones. The next day I was sent out to the hospital in Aiken for test which revealed no noticeable stones but did show an Urinary Tract Infection (UTI) among other preexisting conditions. I was treated for the UTI w/Antibiotics and sent back to the Institution w/ referrals to see a Oncologist. Since then I have seen the specialist but it was not in reference to the pain from whatever ailment I am experiencing now (according to the specialist himself). Upon my return to the institution I relayed what was said by the doctor to my FNP here (Taiwo) and he said he would schedule me for an MRI which would indicate exactly what was the problem so they would no what treatment was needed for me. I had the MRI done on 9/21 and still have not been called up to be diagnosed by the medical dept.
   I am sending this info to you because of the fact that I have been in constant pain since Aug 2 which was so severe that for three (3) weeks I could not sleep in my bunk. Because of concerns of preexisting medical issues I am only allowed to take Tylenol for pain which does minimal relief. The pain is so severe at times that I cannot walk or perform menial task dealing with hygiene and dressing. Different attempts to rectify whatever it is that is causing my condition has been made by the medical dept but all only give temporary relief. I have sent request to the Medical Dept for an diagnosis from the results of the MRI so I can once and for all get the proper treatment to whatever is wrong but no answer from them has been made.
   Can you please make an inquiry as to why I have not been placed on callout to be seen as I am tired of being in excruciating pain for 62 days now.

Thank you for whatever effort you are able to make concerning my request.
GOD Bless.

Sep. 29. 2020  3:46PM

No. 5089  P. 9

*42453-083*

*Russell*

Date: 9/29/2020 15:42:50          Patient Report          User: SGREEN      Page   1
0001 0422435 0000100             Legally authenticated
FINAL RESULT
EDGEFIELD COUNTY HOSPITAL
RADIOLOGY REPORT

DATE:09/22/20LOC: O
PATIENT NAME:42453083 RUSSELLDOB: 07/12/1970Sex: M
MR #:56092Acct#: 422435
ORDERING PHYS:LOPEZ, HECTOR  RM:
PROCEDURE:MRI LUMBAR SPINE WO/W
Reason for Test:  M54.5 LOW BACK PAIN; EVAL FOR DISCITIS OSTEOMYELITIS

PROCEDURE INFORMATION:
Exam: MR Lumbar Spine Without and With Contrast.
Exam date and time: 9/22/2020 10:00 AM
Age: 50 years old
Clinical indication: Low back pain; Prior surgery; Surgery date: 6+ months;
Surgery type: Kidney stones removed; Patient HX: Weakness in legs, neck and
pelvic pain since August 2020, no injury

TECHNIQUE:
Imaging protocol: Multiplanar magnetic resonance images of the lumbar spine
without and with intravenous contrast.
Contrast material: OMNISCAN; Contrast volume: 15 ml; Contrast route:
INTRAVENOUS (IV);

COMPARISON:
CT abdomen and pelvis 04/20/2020

FINDINGS:
Vertebrae: Moderate enhancing bone marrow edema is identified in the L1 and L2
vertebral bodies, greatest at L2 inferiorly. Enhancing bone marrow edema is
also identified in the bilateral L2 pedicles.
Spinal cord: Normal signal. No cord compression.
Multilevel findings: There is severe L1-L2 disc space narrowing with evidence
of a rounded approximately 1.2 cm in diameter focus hyperintensity on the fluid
sensitive sequences in the disc space extending into the superior endplate of
L2, with smaller areas of hyperintensity involving the inferior endplate of L1
without enhancement.
L1-L2: Mild posterior osteophyte formation is noted with mild bilateral neural
foraminal stenosis. There is an ovoid region of enhancing T1 and T2
intermediate signal intensity material adjacent to the posterior aspect of the
L1-L2 in the epidural space measuring 1.2 cm superior to inferior by 0.4 cm
anterior to posterior by approximately 1.2 cm medial to lateral. Mild stenosis
of the lateral recesses, greatest on the right.
L2-L3: No significant canal or neuroforaminal stenosis is identified.
L3-L4: No significant canal or neuroforaminal stenosis is identified.
L4-L5: A trace amount of fluid in the right facet joint is present. 2-3 mm of
diffuse disc bulge is noted. Mild left-sided neural foraminal stenosis. No
significant canal stenosis.
L5-S1: 2-3 mm of disc bulge is noted. Mild left-sided neural foraminal
stenosis.

Soft tissues: Diffuse mild bilateral dorsal paraspinous muscular edema is
noted. There is heterogeneous enhancing edema in the proximal psoas musculature
bilaterally at the level of L1 on L2.

IMPRESSION:
1. Findings are highly concerned digestive of L1-L2 spondylodiscitis in the
proper clinical setting.
2. Enhancing ovoid material posterior to the L1 and L2 disc in the epidural
space potentially representing infectious phlegmon.  Disc extrusion at this
level cannot be excluded.
3. Enhancing bilateral psoas muscular edema at L1-L2 suggestive of inflammatory
or infectious myositis.
4. Mild degenerative changes.

cc:   787Read By:  CHRISTINE LAMOUREUX
D: 09/22/200:  14:22Approved By:   CHRISTINE LAMOUREUX
T:  09/22/20  T:  14:22Radiologist Edgefield County Hospital,  Edgefield, S.C.
Transcriptionist: 1919*Preliminary Report Until Signed
Page:   of
Electronically Signed By: LAMOUREUX CHRISTINE.

T Burks, DNP, APRN, CNP
FCI/FPC Edgefield
10/08/20

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: RUSSELL, TERRENCE RENARD | | Reg #: | 42453-083 |
| Date of Birth: 07/12/1970 | Sex: M Race: BLACK | Facility: | EDG |
| Encounter Date: 10/08/2020 14:01 | Provider: Burks, Tanya CNP | Unit: | B06 |

Mid Level Provider - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1          Provider: Burks, Tanya CNP

Chief Complaint: Back Pain

Subjective: Inmate Russell was seen today for complaints of worsening pain. States since August he has had pain that will travel from his lower back to his neck. Today he has some neck stiffness and pain wit extension and side to side motions. Numbness in the left hip. Full ROM. Using wheelchair right now due to the pain in his back.

Recently underwent MRI on 9/29/2020:
1. Findings are highly concerning suggestive of L1-L2 spondylodiscitis in the proper clinical setting.
2. Enhancing ovoid material posterior to the L1 and L2 disc in the epidural space potentially representing infectious phlegmon. Disc extrusion at this level cannot be excluded.
3. Enhancing bilateral psoas muscular edema at L1-L2 suggestive of inflammatory or infectious myositis.
4. Mild degenerative changes.

Pain:          Yes

### Pain Assessment

| | |
|---|---|
| Date: | 10/08/2020 14:06 |
| Location: | Back-Lower |
| Quality of Pain: | Stabbing |
| Pain Scale: | 10 |
| Intervention: | evaluation |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | movement |
| Relieving Factors: | minor with rest |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/08/2020 | 14:01 EDG | 99.3 | 37.4 | | Thomas, Charles RN |
| 09/23/2020 | 12:55 EDG | 99.3 | 37.4 | | Thomas, Charles RN |
| 09/19/2020 | 19:39 EDG | 100.5 | 38.1 | | Velez, Richard RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Inmate Name:   RUSSELL, TERRENCE RENARD | | | Reg #: | 42453-083 |
| Date of Birth:   07/12/1970 | Sex:   M   Race:  BLACK | | Facility: | EDG |
| Encounter Date:  10/08/2020 14:01 | Provider:  Burks, Tanya CNP | | Unit: | B06 |

Transfer to Local Hospital

**Other:**

#1 Back pain

Reviewed recent MRI with onsite physician.

Due to findings on MRI, symptoms today, and recent history, will transfer to local hospital for further evaluation.

All staff notified.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/08/2020 | Counseling | Plan of Care | Burks, Tanya | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Burks, Tanya CNP on 10/08/2020 14:41

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RUSSELL, TERRENCE RENARD | | | Reg #: | 42453-083 |
| Date of Birth: | 07/12/1970 | Sex: | M    Race:BLACK | Facility: | EDG |
| Note Date: | 10/23/2020 08:06 | Provider: | Taylor, M. MD | Unit: | B06 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Taylor, M. MD

IM sent to ER on 10/8/2020 for increasing back pain with evidence of possible osteomyelitis/abscess of spine on MRI. Physicians at AUMC confirmed diagnosis of spinal osteomyelitis. 8 week course of IV antibiotics recommended. Inmate was transferred to Select rehabilitation hospital and as of 10/23/2020, remains there, receiving Ancef IV TID, and working with PT. IV antibiotics to be completed approximately 11/27/2020.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Taylor, M. MD on 10/23/2020 08:12

Requested to be reviewed by Lopez, H. MD/SER MAST PHYSICIAN.

Review documentation will be displayed on the following page.

Consultation Report                                                RUSSELL, TERRENCE R - 002105929

**50M w/ osteomyelitis of the cervical and lumbar spine**
**-neuro intact**
**-MRI of C and L spine reviewed**
**-no acute neurosurgical intervention at this time**
**-recommend c-collar to be worn during activities**
    **-ok to not wear collar while in bed/resting·**
**-will have patient follow up with Dr. Rahimi in clinic in 4 weeks**
    **-will have patient obtain x-rays for 4 week follow up (AP, lateral, flex/ex)**
**-recommend continued treatment of osteomyelitis/discitis with antibiotic therapy per primary team**
**-neurosurgery will follow peripherally**
**-page 1505**

This patient's history, physical exam, laboratory and imaging findings were discussed with Dr. Rahimi, and he agrees with this plan.

### Impression and Plan
#### Diagnosis
Replace w/ billing code.

Patient seen in consultation at the request of internal medicine for evaluation of osteomyelitis in the lumbar spine and cervical spine seen on MRI of the C and L-spine. Patient is a prisoner. Patient with recent diagnosis of osteomyelitis L1 and L2 with MSSA per report. Currently on antibiotics. MRI of the cervical spine also performed showing involvement of C1 and C2. He has no neck pain. Good strength in all extremities. Examination as detailed above. Reflexes 2+ and symmetric. Does have 1 beat clonus. There is no evidence of cord compression on the MRI of the cervical spine. I discussed the findings with the patient. He may ultimately require surgical intervention for his C-spine disease and possibly for his L-spine. But for now since he only has symptoms of pain and with the current MRI findings with no severe cord compression recommend continued antibiotic treatment. Patient will follow up in neurosurgery clinic at the present with Dr. May comes in.

**Signature Line**
Modified By: Rahimi MD , Scott Y
Date/Time Modified: 10/13/2020 04:35 PM·

Electronically Signed By: James MD , Kenneth
Date/Time Signed: 10/13/2020 12:35 PM

Co-Signer: Rahimi MD , Scott Y
Electronically Co-Signed On: 10/13/2020 04:35 PM

Printed by:    Mayers , Gloria                                              Page 4 of 5
Printed on:    10/14/2020 09:27 EDT

Russell, Terrence R (MRN 10467) Printed by Alisha L Edmonds [A25976111] at 12/2/20 1:27 PM

# Russell, Terrence R

MRN: 10467

Rajwinder S Manhiani, MD
Physician
Specialty: Internal Medicine
Date of Service: 12/2/2020 11:25 AM

Discharge Summary
Unsigned Transcription

48453-083

ⓘ ⏻ Draft: Not electronically signed.

REASON FOR HOSPITALIZATION:
1. Symmetric lumbar as well as C-spine with epidural abscess and
MSSA infection.
2. History of hepatitis C, cirrhosis, and polyarthralgia.

HISTORY OF PRESENT ILLNESS/HOSPITAL COURSE:  Please refer to
history and physical dictated for initial assessment and plan.
The patient had a MRI which showed C1-C2 osteomyelitis with
instability and next also has a lumbar spine area with
osteomyelitis of L1-L2.
The patient also history of hepatitis B and cirrhosis.  The
patient was seen by Neurosurgery and recommended IV antibiotic
therapy first and then probably will go for C-spine
stabilization with Dr. Rahimi.

The patient has completed IV antibiotic course for 8 weeks.  The
patient also developed mild leukopenia as well as
thrombocytopenia, likely secondary to chronic liver disease.
The patient needs to follow up with the hepatologist for that.

DISCHARGE CONDITION:  Stable.  The patient will be discharged to
the medical prison facility.

DISCHARGE DIAGNOSES:
1. Osteomyelitis, lumbar spine and cervical spine including L1-
L2 and C1-C2 post antibiotic therapy.
2. Hepatitis B with cirrhosis of liver.
3. Chronic liver disease leading to thrombocytopenia and
leukopenia.
4. History of chronic constipation.

DISCHARGE MEDICATIONS:  Includes:
1. Tenofovir 300 mg p.o. once a day.
2. Protonix 40 once a day.
3. Senokot 1 tablet once a day.
4. Lotrisone cream on the foot b.i.d.
5. Paxil 5 mg 3 times a day p.r.n.
6. Percocet p.r.n.

Russell, Terrence R (MRN 10467) Printed by Alisha L Edmonds [A2597611] at 12/2/20 1:27 PM

7. Ambien 5 mg p.o. at bedtime p.r.n.

DIET:  Regular.

LABORATORY DATA:  WBC 3.3, hemoglobin 9.5, hematocrit of 35, platelet count of 53.  Sodium 140, potassium 4.0, BUN 13, creatinine 0.8.

DISCHARGE CONDITION:  Stable.

REHAB NEEDS:  None at this time.  The patient is fully ambulatory and needs C-collar.  He already has that arranged for him and discharge condition stable.

FOLLOWUP:
1. Follow up with MD at medical prison.
2. Again, follow up with Dr.  Rahimi, Neurosurgery at MCG for C-spine stabilization.  The patient is to wear a cervical collar.  He has been provided with hard as well as a soft cervical collar.
3. Follow up with the hepatologist at State Medical Prison.

_____

Rajwinder Manhiani, MD DATE/TIME

Job #:  901620329  Doc #:  346421  D:  12/02/2020 09:44:24  T: 12/02/2020 11:10:12

TRULINCS  42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

--------------------------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: ADMIN EXHAUSTION
DATE: 03/08/2023 05:42:14 PM

COPY OF ADMINISTRATION EXHAUSTION PROCESS



**U.S. Department of Justice**
Federal Bureau of Prisons
*South Carolina Consolidated Legal Center*

---

*501 Gary Hill Road*
*P.O. Box 723*
*Edgefield, SC 29824*

March 15, 2022

Terrence Russell
Register Number: 42453-083
FCI Edgefield
PO Box 723
Edgefield, SC 29824

**CERTIFIED MAIL**
**70210950000060851220**

RE:     Administrative Tort Claim #TRT-SER-2022-0261

Dear Mr. Russell:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act (FTCA), Title 28 United States Code (U.S.C.) § 2672 et seq., and authority granted by Title 28 Code of Federal Regulations (C.F.R.) § 0.172. Section 2672 of the FTCA delegates to each federal agency the authority to consider, determine and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment.

You seek damages in the amount of $50,000 for personal injury which you allege occurred beginning on August 3, 2020, at the Federal Correctional Institution (FCI) in Edgefield, South Carolina. Specifically, you claim medical staff failed provide timely medical treatment for your reported neck and back pain, which resulted in you being hospitalized for eight weeks for IV antibiotic treatment. You allege the delay in care caused permanent damage to your spine. Additionally, you claim cruel and unusual punishment in violation of the Eighth Amendment.

Any claims that FCI Edgefield staff violated your constitutional rights is not compensable pursuant to the FTCA. Title 28 U.S.C. § 2680 states the FTCA has waived the sovereign immunity of the United States only to the extent that a private person would be liable under the law of the place where the act or omission occurred. Constitutional violations do not fit within this waiver and are therefore not addressed.

Your claim was investigated. You were seen by Health Services Staff at sick call on August 3, 2020, for complaint of worsening right lower back pain, which you stated was similar to your past experience with kidney stones. Urine testing and Toradol injections were given. You were evaluated by the Nurse Practitioner (NP) on August 4, 2020. You were transported to the local

hospital for further evaluation. A CT scan was performed which revealed gallstones and kidney stones; however, they were non-obstructive. Bloodwork revealed normal white blood counts, and evidence of a Urinary Tract Infection (UTI). You returned to the institution the same day.

You were seen by the NP at sick call on August 21, 2020, for complaint of neck pain. X-rays were ordered, which yielded normal results; you were advised to use Tylenol for discomfort.

You were evaluated by the NP on August 25, 2020, at sick call for flank pain and fever. Urinalysis showed evidence of a UTI, and you were prescribed oral antibiotics.

On August 31, 2020, you were evaluated by the NP for a three-day history of lower back pain. X-rays were ordered, which revealed an irregularity of the L2 endplate with disc space narrowing between L1 and L2, which was likely representative of chronic degenerative changes, but discitis osteomyelitis could not be excluded.

Magnetic Resonance Imaging (MRI) of the spine was ordered on September 1, 2020, by the NP. You were seen on September 8, 2020, by the NP for continued complaints of back and neck pain. You were advised of your upcoming MRI and prescribed prednisone.

On October 8, 2020, the NP reviewed the MRI results, and you were transported to the local hospital for further exam and to rule out spinal infection. You were subsequently admitted to the hospital for epidural abscess and given IV antibiotics. You were released from the hospital on December 2, 2020, and returned to the institution with recommendation to follow-up with Neurosurgery and MRI of the spine.

The MRI was completed March 11, 2021, which revealed mild multilevel degenerative disc disease in the cervical spine, but otherwise unremarkable. The lumbar spine showed changes in the L1-L2, but otherwise unremarkable. Thoracic spine was unremarkable.

You were seen for routine follow-up on June 3, 2021, by the NP, and reported no pain at that time.

You reported to sick call on August 3, 2021, with complaints of recurrent back pain. You were advised to follow-up with the physician at your scheduled chronic care appointment. You were evaluated in Chronic Care Clinic (CCC) with the Clinical Director on August 24, 2021, and made no complaints of pain.

On October 5, 2021, you were evaluated in sick call with complaints of neck and back pain; you were scheduled for follow-up with the Mid-Level Provider (MLP).

You were evaluated by the NP on November 2, 2021, and issued a medical duty pass for a pillow to support your neck.

Based on the above, there is no evidence to support your claim that you have suffered any injury or loss caused by the negligence or wrongful act or omission of a BOP employee acting within the scope of their employment. Thus, your claim is denied.

You are advised that if you are dissatisfied with our determination in these matters, you have six (6) months from the date of the mailing of this letter to bring suit in the appropriate United States District Court.

Sincerely,

L/Crane
Supervisory Attorney

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

----------------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: Request for Reconsideration
DATE: 09/07/2022 07:18:28 PM

I am submitting a request in accordance to 28 CFR 14.9(b) for a reconsideration of the final decision of my Administrative Tort Claim #TRT-SER-2022-0261 due to the following reasons:

1. The denial of claim failed to address the Specific Basis of Claim of negligence in a way that would explain why failure to review MRI in a timely manner could have avoided extensive and permanent damage had treatment been given at earliest possible time. Neither does it refer at all to when the MRI was administered which shows that the Medical Dept was in possession of the results for almost two weeks before being reviewed at my insistence. It only mentions that the records were reviewed on that day, which were stated as much in the timeline given under section 8 "Basis of Claim" on the Tort Claim. It is of significance that this delay attested to the possibility that permanent damage could have been prevented had medical response been given in a timely matter. Abscess of spine were evident on MRI as proof of present possible osteomyelitis confirmed with test done when admitted to AUMC (Augusta Univ. Medical Center). (see attachment 2B)

While it is understood that an FTCA claim cannot seek compensation for violation of constitutional rights, it can as a result of negligence of an Federal employee. (The United States is responsible under the FTCA for the behavior of a federal employee while acting within the scope of his or her employment. 28 U.S.C. 2679(b)(1)). Negligence occurred as a result of amount of care was not used that a reasonable person would have used in the same situation. The omission of this care also was a contributing factor.

Furthermore the MRI that was ordered didn't include an order to view my Cervical (Neck) area which was a major complaint of pain and discomfort in my medical complaints and visits. (Neck complaints starting on 8/12/2022). (see attachments 1 and 2 in original FTC; Also attachment 8 - Patient Report dated Sept. 29, 2020 "Procedure: MRI Lumbar Spine WO/W ; Reason for Test: Low Back Pain; Eval For Discitis Osteomyelitis").

This negligence was also overlooked or ignored in your investigation whereas there is no mention of C1,C2 damage which was specifically addressed in my FTC and also confirmed by the Neurosurgeon in his prognosis for possible stabilization surgery. The omission of reference to the Cervical area (Neck) of my spine in the MRI Scheduled Procedure Order by Medical Staff, after repeated complaints of pain and discomfort in that area, shows there was negligence along with omission of care with in their scope of employment that could have prevented permanent damage to the C1,C2 vertebrae. (Revisit "10. Personal Injury " on FTC Form; also attachment 16 "Hospital Report")

These claims reach each of the essential elements of Negligence in which I was owed a duty of care that was breached with the delay in reviewing of MRI results in possession of the Medical staff. This breach caused harm to the effect that resulted in permanent damage to vertebrae in my spine (L1,L2, Back; C1,C2 Neck).

Additionally there are additional evidence of injury and loss suffered as a result of negligence and omission of BOP employee's (i.e. Medical Staff) based on the following clearly outlined in Staff Reports:

-Multiple inconsistencies in reports when referencing when complaints of back pain occurred. Recorded visit on 8/31/2020 under "Specific reason(s) for request (Complaint of Findings) states, "Back pain started 3 days ago", when it is documented by Sick Call request and Health Service Clinical Encounter dated 8/04/202 that I was seen for "complaints of excruciating pain to lower abdomen" and copy of written request for Sick Call on 8/12/202 stating I was seen for "back pain last week". (Attachment 1). Clinical Encounter Report dated 9/01/202 states " he reported never had back pain before" Taiwo, Olusegun FNP-C (see Attachment 3B), when clearly it was noted in Pain Management Table dated 8/03/2020 that report of pain was made on a scale of "8". (See Pain Management Table dated 8/01/2022: Entry on 8/02/22 at 9:35 by Thomas, Charles RN.
If reports by Staff remained consistent and true to facts omission of care and negligence should have been avoided where proper care could have been administered in accordance with diagnosis consistent with timeline of complaints and progression of infection that resulted in vertebrae damage. This point was also made in the summary of denial of my claim. (Denial, Pg. 1, Para 4 "You were seen by Health Services at Sick Call on 8/03/2022 for complaint of worsening lower back pain...").

No scheduling of or attempts of providing any sort of physical therapy has been made since damage has occurred even after request to medical. When inquiring about such therapy or pain management in visits with the Medical Dept the attending physician has only given advice in the area of "ice or hot showers". Pain management is limited as a result of preexisting medical problems (i.e. Liver cirrhosis, low blood platelets) which doesn't allow me to take general pain medications offered to the regular inmate.

TRULINCS 42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

------------------------------------------------------------------------------------------------

Results of the damaged vertebrae has limited activities in other areas for improvement of overall health, namely physical workouts, long periods of standing, and health sleep patterns. The effects of the damage continue to be a present problem as is shown in copies of sick call request submitted since for medical attention. (see

Please review submitted facts clearly outlined in this request for reconsideration as to proof that there was negligence and acts of omission in administering medical care within the scope of their employment.

Sincerely,
Terrence R. Russell
#42453-083



**U.S. Department of Justice**
Federal Bureau of Prisons
*South Carolina Consolidated Legal Center*

*501 Gary Hill Road*
*P.O. Box 723*
*Edgefield, SC 29824*

October 14, 2022

Terrence Russell
Reg. No. 42453-083
FCI Edgefield
PO Box 723
Edgefield, SC 29824

Re:  Administrative Claim #TRT-SER-2020-0261 (Reconsideration)
     Request for Reconsideration Received 09/16/2022

Dear Mr. Russell:

Your request for reconsideration for administrative claim was received on September 16, 2022. You allege government liability in the amount of $50,000.00.

28 U.S.C. § 2401(b) states "A tort claim against the United States shall be forever barred . . . unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of a final denial of the claim by the agency to which it was presented." Additionally, pursuant to Title 28, Code of Federal Regulations, Section 14.9(b), "[p]rior to the commencement of suit and prior to the expiration of the 6-month period provided in 28 U.S.C. 2401(b), a claimant . . . may file a written request with the agency for reconsideration of a final denial of a claim . . . ." Accordingly, a written request for reconsideration must be filed with the agency within six months of the mailing of the notice of final denial.

The final denial letter in this action was mailed to you via certified mail on March 15, 2022, and informed you that you had six months from the date of mailing in which to file suit in an appropriate United States District Court. You signed for and received the denial letter on March 16, 2022. Your reconsideration request was received by the agency on September 16, 2022, beyond the six-month deadline, and as such, is untimely. Based upon the foregoing, your claim will not be reconsidered.

Sincerely,

L/Crane
Supervisory Attorney

TRULINCS  42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

----------------------------------------------------------------------------------------------------

FROM: 42453083
TO:
SUBJECT: Response: Administrative Claim Reconsideration
DATE: 10/26/2022 03:43:47 PM

L. Crane
Supervisory Attorney

Re: Administrative Claim #TRT-SER-2020-0261 (Reconsideration)

Dear Mrs. L. Crane:

In response to your denial letter of my request for reconsideration in you stated the reason for denial was that "a written request for reconsideration must be filed with the agency within six months of the mailing of the final denial" in accordance to Title 28, Code of Federal Regulations, Section 14.9(b) which you claim I did not meet.

The written response was placed in the prison mail box prior to the six month expiration date. You stated that your agency received the reconsideration request on September 16, 2022, one day after the expiring six month date. Using the "prisoner mail box rule" date that Federal procedures determines this filing is when the letter was sent out in the mail with the present institution. (See Wagoner v. Barnette, US Dist. Ct. W.D. of VA, Feb 21, 2014)(Wagoner's FTCA afforded benefit of prison-mail box rule). Inmates like myself are forced to "entrust the forwarding of [the] notice of appeal to prison authorities... who may have every incentive to delay."(Houston v. Lack, 487 US 266, 101 L Ed 2d 245, 108 SCT 2379) ("Houston is a rule of equal treatment. It seeks to ensure that imprisoned litigants are not disadvantaged by delays which other litigants might readily overcome. It sets forth a bright line rule-- that filing occurs when the petitioner delivers his pleading to prison authorities...") citing Lewis v. Richmond City Police, 947 F .2d 733 (4th Cir. 1991)

Furthermore, the procedure that requires this sort of filing is that the request must be mailed to the Regional Office by myself which is then mailed to your agency. This is further evidence of the fact that the Request for Reconsideration filing was met before the expiring deadline as their is no way that I could have mailed this request to the Regional Office in Atlanta and you received it only a day later in Edgefield, South Carolina. Additionally I have no control over the delay in mailing after I placed the aforementioned documents in the hands of the officers in charge of outgoing mail here at Edgefield FCI nor those in charge of mail at the Regional Office in Atlanta. There was also no proof sent with your denial letter that you received the mailing on the date you stated (i.e. photo copy of envelope w/ postmark date that filing was mailed in).

Based on the foregoing the claim must be considered as filed prior to the six month deadline (which it was) and reviewed according to and in respect for the standing Code of Federal Regulations and the interest of justice and fair unbiased treatment of those who would have every incentive to delay my filing one day after the expiring date.

Sincerely,


Terrence R. Russell  #42453-083

TRULINCS  42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

-----------------------------------------------------------------------------------------------------

FROM: 42453083
TO: Sick Call Request
SUBJECT: ***Request to Staff*** RUSSELL, TERRENCE, Reg# 42453083, EDG-B-C
DATE: 12/12/2022 07:09:25 PM

To: Medical/Pharmacy
Inmate Work Assignment: Unicor 3

Renewal for Omelprozale (sp) for my stomach.
Also, experiencing abnormal pain in my neck for a couple weeks now due to damage cervical vertabrae.

TRULINCS  42453083 - RUSSELL, TERRENCE RENARD - Unit: EDG-B-C

----------------------------------------------------------------------------------------------

FROM: 42453083
TO: ISM
SUBJECT: ***Request to Staff*** RUSSELL, TERRENCE, Reg# 42453083, EDG-B-C
DATE: 10/23/2022 12:11:36 PM

To: Mail Room/ Legal Mail
Inmate Work Assignment: Unicor

On the week of Sept. 11, 2022 I sent some legal mail to the Southeast Regional Office in Atlanta. I need a copy of the log in or whatever is the proof of mailing that is recorded by your office showing the date it was mailed. If there is anymore info you may need in this matter please let me know along with what I need to do to obtain a hard copy of proof from you (i.e. pick up from open house, look for it in unit mail delivery, unit team, etc.).

Thank you for your help.
GOD Bless.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE            FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *Mailroom* | DATE: *10/27/22* |
|---|---|
| FROM: *Terrence Russell* | REGISTER NO.: *42453-083* |
| WORK ASSIGNMENT: *Unicor 3* | UNIT: *B-3* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Between Sept. 6 - Sept. 13, ~~200~~ 2022 I hand delivered to the mailroom a legal size envelope designated as "Legal Mail" to be sent to the following address.*

*Southeast Regional Office*
*3800 Camp Creek Pkwy S.W, ~~Building~~*
*Building 2000*
*Atlanta GA 30331*

*\* I am requesting a copy and/or written confirmation of the date it was entered as being mailed out by your Dept.*

*Thank You*

(Do not write below this line)

DISPOSITION:

*Spoke with you on 10-27-2022 about above issue. Unfortunately we only record certified mail. All other mail is stamped and initialed and dated by staff. It is not recorded.*

| Signature Staff Member | Date *10/27/22* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

**CERTIFIED MAIL**

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Institution*
*501 Gary Hill Road*
*Edgefield, SC 29824*

Official Business

7021 0950 0000 6085 1220

AUGUSTA GA 309

5 MAR 2022 P4

02 1P
0000007567.    MAR 15 2022
MAILED FROM ZIP CODE 29824

$ 004.28

Del 3/16 TT

DATE REC'D ___3-16-22___
TIME REC'D ___1100___
INITIALS ___SH___

DATE DEL'D ___3-16-22___
TIME DEL'D ___1333___
UNIT INITIALS ___QQ___

Terrence Russell
Register Number: 42453-083
FCI Edgefield
PO Box 723
Edgefield, SC 29824

U.S. POSTAGE PAID
FCM LETTER
EDGEFIELD, SC
29824
MAR 15, 22
AMOUNT

$0.00
R2305M146256-9

1000
29824

UNITED STATES POSTAL SERVICE

*yon*



AUGUSTA GA 308

12 OCT 2022

$ 000.57⁰
0000007567 · OCT 18 2022
MAILED FROM ZIP CODE 29824

733

**Terrence Russell**
**Reg. No. 42453-083**
**FCI Edgefield**
**PO Box 723**
**Edgefield, SC 29824**

426

29824$0723